UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 18 2012
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                                  ) | NO. 4:11CV00711 BRW |
| ) | |
| ) | |
| ROBERT L. WRIGHT, III             ) | |

## CONSENT JUDGMENT

Upon consent of the defendant that plaintiff's cause is just and judgment should be rendered against said defendant in favor of plaintiff in the sum of $124,665.75 ($107,283.41) principal; and $17,382.31 interest through June 28, 2011, with interest to continue to accrue at the note rate until date of judgment and at the legal rate thereafter until paid in full, $290.00 filing fees; $60.00 cost of suit) to be paid in monthly installments, with the first installment of $800.00 due on the 1st day of December, 2011 and subsequent payments to be made thereafter on the 1st day of each month until judgment is satisfied in full.  The payments should be made payable to the Department of Justice, and mailed to the Financial Litigation Unit, P. O. Box 1229, Little Rock, Arkansas 72203.

If any installment shall not be paid when it becomes due and payable, then the entire unpaid balance plus all accrued interest may be declared immediately due and payable and, execution, garnishment, attachment, application of surcharge, or other process may issue in aid of the judgment hereby granted.  If collection action is taken, the United States will apply for a 10% surcharge.

The defendant shall complete an annual financial statement and provide the United States with current, accurate evidence of his assets, income and expenditures (including, but limited to his Federal income tax returns) within fifteen (15) days of the date of a request for such evidence by the

United States Attorney. The defendant's monthly installment payments may be modified on the basis of this information.

IT IS THEREFORE the judgment of the Court that United States of America does have judgment against Robert L. Wright, III, as set out above.

_____
Billy Roy Wilson
United States District Judge

Date: 01/09/12

APPROVED:

_____          01/09/12
Robert L. Wright, III                     Date
Judgment Defendant


_____          1/17/12
Stacey E. McCord                          Date
Assistant United States Attorney