UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 18 2012

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES OF AMERICA          )
                                  )
                                  )
v.                                )          NO.   4:11CV00711  BRW
                                  )
                                  )
ROBERT L. WRIGHT, III             )

## CONSENT JUDGMENT

Upon consent of the defendant that plaintiff's cause is just and judgment should be rendered

against said defendant in favor of plaintiff in the sum of $124,665.75 ($107,283.41) principal; and

$17,382.31 interest through June 28, 2011, with interest to continue to accrue at the note rate until

date of judgment and at the legal rate thereafter until paid in full, $290.00 filing fees; $60.00 cost of

suit) to be paid in monthly installments, with the first installment of $800.00 due on the 1st day of

December, 2011 and subsequent payments to be made thereafter on the 1st day of each month until

judgment is satisfied in full.  The  payments should be made payable to the Department of Justice,

and mailed to the Financial Litigation Unit, P. O. Box 1229, Little Rock, Arkansas  72203.

If any installment shall not be paid when it becomes due and payable, then the entire unpaid

balance plus all accrued interest may be declared immediately due and payable and, execution,

garnishment, attachment, application of surcharge, or other process may issue in aid of the judgment

hereby granted.   If collection action is taken, the United States will apply for a 10% surcharge.

The defendant shall complete an annual financial statement and provide the United States

with current, accurate evidence of his assets, income and expenditures (including, but limited to his

Federal income tax returns) within fifteen (15) days of the date of a request for such evidence by the

United States Attorney.   The defendant's monthly installment payments may be modified on the basis of this information.

IT IS THEREFORE the judgment of the Court that United States of America does have judgment against Robert L. Wright, III, as set out above.

_____
Billy Roy Wilson
United States District Judge

Date: 01/09/12

APPROVED:

_____
Robert L. Wright, III
Judgment Defendant

01/09/12
_____
Date

_____
Stacey E. McCord
Assistant United States Attorney

1/17/12
_____
Date